**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**RONALD SATISH EMRIT**                                                                  **PLAINTIFF**

**v.**                                                                     **No. 3:23-cv-00304-MPM-RP**

**THE GRAMMY AWARDS**                                                  **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On September 14, 2023, the Magistrate Judge entered a Report and Recommendation [4] ("R&R") recommending dismissal of this case with prejudice because it is frivolous and fails to state a claim. The plaintiff has filed four similarly frivolous cases in this district in the last five months and over 300 lawsuits nationwide. The Magistrate Judge, therefore, recommended barring Mr. Emrit from filing in this district without prior approval of the Chief District Judge because the plaintiff "continues to abuse the judicial process and violate the Federal Rule of Civil Procedure 11(b)."

Finally, the order cautioned the plaintiff that failing to file written objections within 14 days of the R&R would bar him from (1) entitlement to *de novo* review by a district judge; and (2) appellate review, except on grounds of plain error. Mr. Emrit raised no such objections and instead filed a notice of interlocutory appeal [5], which the Fifth Circuit subsequently denied for want of prosecution [8]. In light of the Fifth Circuit's ruling and after reviewing the record, the Court finds that the R&R should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED** that:

    1.     The plaintiff's motion to proceed *in forma pauperis* [2] is **DENIED** as **MOOT**;

    2.     The Report and Recommendation of the United States Magistrate Judge [4] is **APPROVED** and **ADOPTED** as the opinion of the Court;

    3.     Ronald Satish Emrit is **BARRED** from filing any further pleadings in this district

without first obtaining approval from the Chief District Judge; and

    4.    The case is **DISMISSED** with prejudice as frivolous. Accordingly, a separate order shall be issued pursuant to Fed. R. Civ. P. 58.

**SO ORDERED** this the 14th day of December, 2023.

                              /s/ Michael P. Mills
                              **UNITED STATES DISTRICT JUDGE**
                              **NORTHERN DISTRICT OF MISSISSIPPI**